### Barbara REED, Respondent,

v.

### Boyd REED, Appellant.

### WD 79505

Missouri Court of Appeals, Western District.

ORDER FILED: August 1, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied September 5, 2017

Joyce Vogler, Kansas City, MO, Counsel for Appellant.

William Quitmeier, Kansas City, MO, Counsel for Respondent.

Before Division Three: Alok Ahuja, P.J., Thomas H. Newton, and Cynthia L. Martin, JJ.

### ORDER

Per Curiam:

Mr. Boyd Reed appeals the Platte County Circuit Court judgment granting certain implied easements and easements by agreement to his ex-wife Ms. Barbara Reed and her successors in interest for

access to her property and for a septic lateral and utilities. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).